IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN GALLEGOS,** | Case No. 2:24-cv-02526 DJC CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **R. FERNANDEZ, et al,** | |
| Defendants. | |

Pending before the Court is Defendants' motion to opt out of the Court's Post-Screening Early Alternative Dispute Resolution ("ADR") program and request to lift the stay.

Good cause having been shown, Defendants' motion (ECF No. 31) is GRANTED and the stay is hereby lifted. Defendants' responsive pleading is due within 30 days of the date of service of this order.

**IT IS SO ORDERED.**

Dated: June 2, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE