UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS,<br><br>Plaintiff,<br><br>v.<br><br>R. FERNANDEZ, et al.,<br><br>Defendants. | No. 2:24-cv-2526 DJC CKD P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an opposition to defendants' July 1, 2025, motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 35) is GRANTED; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion to dismiss.

Dated: July 24, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/ks
gall2526.36

1