1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BENJAMIN ROBERT GALLEGOS,              No.  2:24-cv-2526 DJC CKD P

12                      Plaintiff,

13          v.                                ORDER

14    R. FERNANDEZ, et al.,

15                      Defendants.

16

17          Defendants have filed a motion for extension of time to file an opposition to plaintiff's

18    December 3, 2025, motion.  Good cause appearing, IT IS HEREBY ORDERED that:

19          1.  Defendants' motion for an extension of time (ECF No. 46) is GRANTED; and

20          2.  Defendants are granted until January 23, 2026, to file an opposition to plaintiff's

21    December 3, 2025, motion.

22    Dated:  December 30, 2025

23                                            _____
                                             CAROLYN K. DELANEY
24                                           UNITED STATES MAGISTRATE JUDGE

25    1
      gall2526.36(2)
26

27

28