UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ROBERT GALLEGOS,

Plaintiff,

v.

CALIFORNIA STATE PRISON SACRAMENTO, et al.,

Defendants.

No.  2:24-cv-02526-DJC-CKD P

ORDER

Plaintiff is a state prisoner housed at California State Prison, Sacramento (CSP-Sac) proceeding pro se. This action proceeds on a claim for injunctive relief against defendant California Department of Corrections and Rehabilitation (CDCR) and a claim for damages against defendant Sgt. Brinton. Both claims concern the denial of plaintiff's First Amendment right to intimate association based upon plaintiff being denied visitation with his wife.

Plaintiff has filed a motion requesting that the Court order defendants to approve his father and nephew's visiting applications. ECF No. 43. "[A] court has no power to adjudicate a personal claim or obligation unless it has jurisdiction over the person of the defendant." Zenith Radio Corp. v. Hazeltine Rsch., Inc., 395 U.S. 100, 110 (1969); SEC v. Ross, 504 F.3d 1130, 1138–39 (9th Cir. 2007). The court's jurisdiction in this case is limited to the parties in this action and to the cognizable legal claims upon which this action is proceeding. The pendency of this

1

action does not give this court jurisdiction over prison officials where plaintiff is in custody or over other issues affecting plaintiff. Thus, the present motion is denied.

Accordingly, IT IS ORDERED as follows:

1. Plaintiff's motion for the Court to order defendants to approve his father and nephew's visiting applications (ECF No. 43) is DENIED.

Dated: April 10, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Ckd.gallegos2526denyvisit

2