IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN GALLEGOS,** | Case No. 2:24-cv-02526 DJC CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **R. FERNANDEZ, et al,** | |
| Defendants. | |

Defendants have filed a motion for extension of time to respond to Plaintiff's March 3, 2026, requests for production. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' first motion for an extension of time (ECF 55) is GRANTED; and

2. Defendants are granted until June 1, 2026, to serve responses to Plaintiff's March 3, 2026, requests for production.

Dated: 04/16/26

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE