IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **BENJAMIN GALLEGOS,**<br><br>Plaintiff,<br><br>v.<br><br>**R. FERNANDEZ, et al,**<br><br>Defendants. | Case No. 2:24-cv-02526 DJC CKD<br><br>**ORDER** |

Defendants request that the case, including Defendants' obligation to respond to Plaintiff's pending discovery requests and motion to compel, be stayed for 90 days pending ongoing settlement discussions.

Good cause having been shown, Defendants' request is GRANTED. This case, including Defendants' obligation to respond to Plaintiff's pending discovery requests and motion to compel, is stayed for 90 days.  The parties shall file a status report no later than 90 days from today.

Dated:  May 18, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE